United States District Court of Rhode Island

RE: Case # 1:96CR00083-001

Court: Please Consider this letter

— A motion —
to: move jurisdiction & Venue to Boston, MA.

I am living and working in Boston, Relying only on public transportation and without legal representation. Considering my work schedule, the schedule and cost of public transportation and being without legal representation or help in Rhode Island. Having access to a local Court (& possibly legal Aid) would be of great help with several filing concerning this case.

filing, such as: the fine & Interest, Supervised Release and forfeitures

Thanking the Court for your time

felix Cammella III
P.O. Box 990806
Boston, MA 02199

July 18th 2007