IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 96-83T |
| | ) | |
| FELIX GAMMELLA, III, a/k/a | ) | |
| PHIL GAMMELLA, a/k/a TONY | ) | |
| RUSSO, a/k/a SALVATORE MILANO, | ) | |
| a/k/a MIKE ISLIP | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO MOVE JURISDICTION AND VENUE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Stephanie S. Browne, Assistant U.S. Attorney, and, hereby responds to defendant's motion to move jurisdiction and venue. Defendant's motion should be denied.

Defendant Gammella has asked the Court to relinquish its authority to supervise any subsequent proceedings in this matter for some purported convenience of defendant. Gammella contends that he wishes to file motions which will relate to his imposed sentence; specifically fines and interest, supervised release, and forfeitures.

Defendant has cited no law or statute in support of his request. In the interests of fairness and judicial economy, the motion should be denied. It is only in this District that both the government representatives and the Court are cognizant of all of the facts concerning defendant's case. It is for this Court to control all matters relating to his conviction and sentence.

Defendant's motion should be denied. Jurisdiction and venue should be determined by

the statutory foundation and case law relevant to any post-conviction remedy sought by defendant.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov

CERTIFICATION OF SERVICE

On this 24th day of July, 2007, I caused the Government's Response to Defendant's Motion to Move Jurisdiction and Venue to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Felix Gammella III
P.O. Box 990806
Boston, MA 02199

/s/ Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov