United States District Court of Rhode Island

RE: Case # 1.96CR00083-001

In Answer to the Governments Respone to Motion to Move jurisDiction And Venue.

the U.S. Attorney states, the Court is Asked to Relinquish its Authority to Superuise Any Subsequent Proceedings in this matter, etc. And Also Goes on to Say, In only this District that Both the Government RepreSenatives And Court Are CoGnizant of All the facts Concerning the Case

first - I didnt Realize there was A difference Between U.S. District Court-Houses. Are not All U.S.D.C. A mirror image of one Another?

Second - All U.S.D.C.'s And Government Representatives Have Access to the Case file which Contains Anything And Everything to do with the Case.
OR, does the file change or facts from Courthouse to Courthouse?

Defendant is not Asking for the Court to Relinquish its Authority or the Government either

Defendant is seeking Consolidation.

I Live, work And Am on Supervised Release in Boston, MA.

Anything and everything to do with the Case would Be just As efficiently Handled in Boston as Anywhere else; under the Roof of One U.S. District Courthouse

OR Does A.U.S.A. Harbor Personal Bias Concerning this Case?

this motion should Be Granted and Case moved to Boston. MA.; U.S.D.C.

C.C. to
Assistant U.S.A.
Ms Brown
50 Kennedy Plaza
Providence, R.I.
02903

Felix Cammella #
P.O. Box 990806
Boston, MA.
02199

July 30, 2007