United States Court of Appeal - Boston, MA

RE: 1-96CR00083-001

FILED IN CLERKS OFFICE US COURT OF APPEALS FOR FIRST CIRCUIT
2007 NOV -9 P 1:05

Court - Please Consider this Letter

A Motion

To Appeal the denial of my Request to Be Granted use of U.S. D. Ct., Boston Concerning future filing

Please See Attached; motion to R.I.D. Ct. dated 7/18/07

Also due to An error in Rhode Island I did not Receive the Courts Response until 10/27/07
See: Attached
— Docket text —

And the motion to R.I.D. Ct. 7/18/07 States Reasons for my Request to use U.S.D. Ct. - Boston
All I Ask is for Consolidation under the Roof of one Court House

thanking the Court for its time

Felix Cammella
P.O. Box 990806
Boston, MA. 02199
11/8/07

Notice: U.S. Attorney, Providence, R.I.