11/30/07 on web / 1 mail / Linda

Related to 97-2375 ~~2345~~ 0-2283

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

NOV 30 2007

November 28, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

07-2751

RE: **USA v. Felix Gammella**
**CR96-83T**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket sheet in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Rana L. Smith
*Rana L. Smith*
DEPUTY CLERK

U.S. COURT OF APPEALS RECEIVED DEC 03 2007 FOR THE FIRST CIRCUIT

ENC: Notice of Appeal, Certified Docket