CR 96-83T

United States District Court Rhode Island

RE: Case 1CR00083

Your Honor please Consider this A Motion

to Remit the fine

this years (2007) past income At just under $13,000.00 — pay checks enclosed
And my Rent of A Room with Shared Bath At $570.00 @ mo. plus

Health Ins — $35. @ mo.
Subway & Bus — $60. —
phone — $67. —
food $250. —
Laundry $20. —
Haircut — $25. —
YMCA $28. —
Misc. }
Clothes + Shoe Repair etc. } $30. —
fine payment — $110. —

put my monthly Living expense close to $1200.00 @ mo And on A Good month I average About $1400.00 @ mo.
this Leaves About $200. per month in pocket Not Counting everyday Living expense (etc tooth paste - Coffee)

Because of Cable cost I dont own A t.V. And I dont Have A Saving Account

I'm working As A waiter for $2.63 @ Hr plus tips -

At 62 years old I would like A try At Getting Back on my feet By Starting A Cart Based food Vending Business And not Live day to day.

every penny will Help - thus, this ReQuest for the Courts Help, At my Age I wont Be Able to wait on tables more or less, I want to Be A productive citizen in time - not Broke + Homeless

thanks for your time

Felix Gammella
P.O. Box 990806
Boston, MA 02199-0806
1-15-08

C.C. U.S. Attorney

Note: your Honor if there Are Question please Contact me 857 233 8896