U. S. District Court Rhode Island

RE: 1CR00083 T

Addendum

Please Add this wage form to motion to Remit fine

I jumped the Gun, while in Halfway House, was working as waiter at Bertucci 12/06 > 4/30/07 App.

Also all cost of living figures on the motion are on Record with Boston Probation office

felix Gammella
P.O. Box 990806
Boston, MA

en: W2 - 2007

cc U.S. Attorney D. Lockhart

1-24-08

OMB No. 1545-0008

**Form W-2 Wage and Tax Statement 2007**

| Box | Value |
|---|---|
| c Employer's name, address, and ZIP code | BERTUCCIS HOURLY [redacted] |
| d Control number | [redacted] |
| 7 Social security tips | 2,187.53 |
| 1 Wages, tips, other comp. | 3,748.12 |
| 2 Federal income tax withheld | 313.54 |
| 8 Allocated tips | |
| 3 Social security wages | 1,560.59 |
| 4 Social security tax withheld | 232.40 |
| 9 Advance EIC payment | |
| 5 Medicare wages and tips | 3,748.12 |
| 6 Medicare tax withheld | 54.35 |
| 10 Dependent care benefits | |
| 11 Non qualified plans | |
| 12a Code See inst. for box 12 | |
| e Employee's name, address and ZIP code | FELIX GAMMELLA<br>PO BOX 990806<br>BOSTON MA 02199-0806 |
| 13 Statutory Employee / Retirement Plan / Third-Party Sick-Pay | |
| 14 Other | |
| 12b -12d Codes | |
| b Employer ID number | [redacted] |
| a Employee's social security number | [redacted] |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MA | [redacted] | 3,748.12 | 183.44 | | | |

Copy 2 to be filed with Employee's State, City or Local Income Tax Return

0003720