IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:96CR00083-001T |
| | ) | |
| FELIZ GAMMELLA, III | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME RESPOND TO MOTION TO REMIT THE FINE

Now comes the United States of America, by and through its undersigned attorneys, and hereby requests an extension of time, up to February 4th to respond to Defendant's Motion to Remit the Fine. In support of its motion, the government states as follows.

Defendant is currently on supervised release and is supervised in the District of Massachusetts by officer Michelle Roberts. When a Defendant is on supervised release, all financial investigations are completed by the U.S. Probation Office where the Defendant is being supervised. Since the Defendant's motion to remit the fine relies on his ability to pay the fine, the government must at least confer with the Probation Officer. The government attempted to contact Officer Roberts in an effort to prepare its response and learned that she will be out of the office until January 29, 2008. The government will confer with Officer Roberts upon her return to the office, and prepare its response without further delay.

Wherefore, the government respectfully requests an extension up to at least February 4, 2008 in order to respond to Defendant's Motion to Remit the Fine.

Respectfully submitted,
UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ John McAdams
JOHN MCADAMS
Assistant U.S. Attorney
Bar No. 654684 (MA)
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: john.mcadams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2008, I caused the within Motion for Extension of time to Reply to Motion to Remit Fine in this case to be electronically filed with the Clerk of the Court using the CM/ECF system

I further certify that on the 25th of January, 2008, a true copy of theObjection to Motion to Remit Fine was sent by regular mail to:

Mr. Felix Gammella
P.O. Box 806
Boston, MA 02199

/s/ John McAdams
JOHN MCADAMS
Assistant U.S. Attorney
Bar No. 654684 (MA)
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: john.mcadams@usdoj.gov