# United States Court of Appeals
## For the First Circuit

No. 00-2283

UNITED STATES,
Appellee,

v.

FELIX GAMMELLA, III, a/k/a Tony Rocco, a/k/a Anthony Scarfino, a/k/a Steve Young, a/k/a Mike Islip, a/k/a Salvatore Milano, a/k/a Tony Russo, a/k/a Phil Gammella,
Defendant, Appellant.

Before

Selya, Boudin and Lynch,
Circuit Judges.

JUDGMENT

Entered: February 22, 2001

The motion to proceed in forma pauperis is denied and the order denying appellant's motion to defer committed fine is summarily affirmed. With respect to appellant's complaint that he could not afford to pay $25 per quarter, appellant gave no indication that he had exhausted administrative remedies. 28 C.F.R. 55 542.10 - 542.19. Consequently, the district court did not err in refusing to amend the fine or further entertain appellant's complaint relating to the amount appellant had been deemed capable of paying under the Inmate Financial Responsibility Program.

Certified and Issued
as mandate under
red R. App. P. 41 MAR 16 2001

Clerk

Deputy Clerk

By the Court:

Clerk.

[Cert. Copy to Judge Torres and David DiMarzio, Clerk, United States District Court for the District of Rhode Island]
[cc: Messrs. Gammella and Lockhart]

EXHIBIT B