United States District Court
Federal CourtHouse
Providence, Rhode Island

FILED
MAY 9 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Honorable E. C. Torres
RE: 1-96-CR00083-01

Please Consider this letter A motion.

I Am Coming to the end of my sentence with 18 months to Halfway House placement. Respectfully I Ask the Court to Amend my judgment & Commitment order deferring the payment of my fine until my Release.

My prison pay is Approximately $54.- A Quarter, minus A Quarterly payment of $25.- I'm left with A net income of $29.- to Budget until the next Quarter - or About $10.- A month. ten postage stamps At $3.70 And three - 10 minute phone Calls At $2.- A piece come to About $10.-

I Am losing Contact with family And friends for lack of funds. I'm just Getting By, thus this Request for your Help.

Respectfully Submitted
Felix Cammarella 13787038
Federal Prison Camp Otisville
P.O. Box 1000
Otisville, N.Y. 10963 May, 05

EXHIBIT C

Do you own any cash, or do you have money in a checking or savings account? YES___ NO ✓
(Include any funds in prison accounts)

If the answer is yes, state the total value owned.

______________________________

Do you own any real estate, stocks, bonds, notes, automobilies, or other valuable property, (excluding ordinary household furnishings and clothing)?
If the answer is yes, describe the property, and state its approximate value.

N/A

List the persons who are dependent upon you for support; state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

F. Cammella 13707038
Petitioner Signature

I declare under penalty of perjury, that the foregoing is true and correct.

Signed this ~~5~~ 8 day of ~~May~~ ~~2004~~ 2005

[signature]
(Signature)

**Certificate**

I hereby certify that the Petitioner Felix Cammella, confined at Fed Corr Inst, has the sum of $ 21.64 in account to his credit, and in the last six months, the highest salary recorded in that account was $____, to the records of this institution.

See attached printout

Dated: 5/16/05

[signature]
BUSINESS MANAGER OR OTHER AUTHORIZED OFFICER OF THIS INSTITUTION

DENIED for reasons set forth when the identical motion previously was denied.

Ernest C. Torres

Ernest C. Torres, Chief Judge
6/14/05