UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | CR 96-0083T |
| FELIX GAMMELLA, III, Defendant | ) | |

NOTICE OF ENTRY OF APPEARANCE

I hereby enter my appearance as counsel for the Plaintiff, the United States of America,, in the above matter. Assistant United States Attorney John P. McAdams is no longer assigned to this case.

Respectfully submitted,

MICHAEL J. ASTRUE
Commissioner of Social Security

By his Attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah

MILIND M. SHAH
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017
milind.shah@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 11th day of March, 2008, I electronically filed the within Notice of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System.

The following participant has received notice, by postage prepaid mail:

Richard Donovan
United States Court of Appeals
Suite 2235
One Courthouse Way
Boston,MA 02210

/s/ Milind M. Shah
MILIND M. SHAH