CR:96-83
J. Torres
Papers to follow

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2751

UNITED STATES,

Appellee,

v.

FELIX GAMMELLA, III,

Defendant, Appellant.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: March 4, 2008

We may assume, without deciding, that appellant's appeal from the August 22, 2007 order was timely, because even if the appeal were timely, we would summarily affirm the order refusing to transfer jurisdiction. The district court did not abuse its discretion in denying petitioner's request for transfer.

Affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAR 26 2008

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:__________________________
Chief Deputy Clerk.

[cc: Mr. Gammella and Mr. Lockhart]