UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

           v.                    Cr. No. 96-083-T

FELIX GAMMELLA

## ORDER GRANTING DEFENDANT'S MOTION TO REMIT FINE

For reasons stated in open Court on May 14, 2008, the defendant's motion to remit the fine imposed by the Court on November 21, 1997 ($50,000 on Count I and $50,000 on Count II of the indictment) is GRANTED with respect to the amounts still owing. The fine is hereby reduced to the amounts already paid by the defendant as of the date of this order.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge

Date: May 14, 2008