**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 96-083-T

FELIX GAMMELLA

**ORDER GRANTING DEFENDANT'S MOTION TO REMIT FINE**

For reasons stated in open Court on May 14, 2008, the defendant's motion to remit the fine imposed by the Court on November 21, 1997 ($50,000 on Count I and $50,000 on Count II of the indictment) is GRANTED with respect to the amounts still owing. The fine is hereby reduced to the amounts already paid by the defendant as of the date of this order.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: May 14, 2008